# Court of Appeals
# of the State of Georgia

ATLANTA, September 11, 2012

*The Court of Appeals hereby passes the following order*

**A13D0003. SAMUEL BRANTLEY v. SHIV SUNKER, INC.**


Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

CV20090265




*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, September 11, 2012.*

   *I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*